```
BRIAN S. INAMINE (State Bar No. 117893)
  Brian.Inamine@leclairryan.com
VICKIE V. GRASU (State Bar No. 224278)
  vickie.grasu@leclairryan.com
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5455
Telephone: (213) 488-0503
Telefax:   (213) 624-3755

Attorneys for Defendants
BURNT ENDS, LLC, RODERICK C. FLINT AND
JOSHUA M. FINE
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BOWMAN and D. MOUSSEAU, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BURNT ENDS, LLC, a California Limited Liability Company; RODERICK C. FLINT, an individual; JOSHUA M. FINE, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No: 2:17-cv-05782-RGK-SS<br><br>*Assigned to Hon. R. Gary Klausner and Magistrate Judge Suzanne H. Segal*<br><br>**DECLARATION OF VICKIE V. GRASU IN SUPPORT OF DEFENDANTS RODERICK C. FLINT AND JOSHUA M. FINE'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12B6**<br><br>Date: January 22, 2018<br>Time: 9:00 a.m.<br>Judge: Honorable R. Gary Klausner<br>Ctrm: 850<br><br>Complaint Filed: August 4, 2017 |

### **DECLARATION OF VICKIE V. GRASU**

I, VICKIE V. GRASU, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner with LeClairRyan LLP, counsel of record for Defendants BURNT ENDS, LLC, RODERICK C. FLINT

1

AND JOSHUA M. FINE MATHESON TRI-GAS, INC. in this action. I make this Declaration in support of Defendants Roderick C. Flint ("Flint") and Joshua M. Fine's ("Fine") Motion to Dismiss pursuant to Federal Rules of Civil Procedure, Rule 12b6. I have personal knowledge of the following facts. If called upon as a witness, I could and would testify competently thereto.

2. On October 24, 2017, I spoke with Plaintiffs' counsel Alan Harris and conferred regarding the claims against the individual Defendants Flint and Fine. Plaintiffs' counsel was not willing to dismiss the individual Defendants from this action.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 28, 2017, at Los Angeles, California.

_____

VICKIE V. GRASU

2

DECLARATION OF VICKIE V. GRASU IN SUPPORT OF DEFENDANTS RODERICK C. FLINT AND JOSHUA M. FINE NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12B6