BRIAN S. INAMINE (State Bar No. 117893)
Brian.Inamine@leclairryan.com
VICKIE V. GRASU (State Bar No. 224278)
vickie.grasu@leclairryan.com
LeClairRyan, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5455
Telephone: (213) 488-0503
Telefax: (213) 624-3755

Attorneys for Defendants
BURNT ENDS, LLC, RODERICK C. FLINT AND
JOSHUA M. FINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BOWMAN and D. MOUSSEAU, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BURNT ENDS, LLC, a California Limited Liability Company; RODERICK C. FLINT, an individual; JOSHUA M. FINE, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No: 2:17-cv-05782-RGK-SS<br><br>*Assigned to Hon. R. Gary Klausner and Magistrate Judge Suzanne H. Segal*<br><br>**DEFENDANTS RODERICK C. FLINT AND JOSHUA M. FINE'S [PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Date: January 22, 2018<br>Time: 9:00 a.m.<br>Judge: Honorable R. Gary Klausner<br>Ctrm: 850<br><br><br>Complaint Filed: August 4, 2017 |

Defendants RODERICK C. FLINT and JOSHUA M. FINE ("Individual Defendants") Motion to Dismiss pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, came on regularly for hearing on January 22, 2018 at 9:00 a.m. in Courtroom 850, at 312 North Spring Street, Los Angeles, 90012, before the Honorable R. Gary Klausner.

1
**DEFENDANTS RODERICK C. FLINT AND JOSHUA M. FINE'S
[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE,** and based upon Individual Defendants' Notice of Motion, Motion to Dismiss, Memorandum of Points and Authorities in support thereof, and the Declaration in support thereof, all attached exhibits, and hearing oral argument in support thereof, IT IS HEREBY ORDERED:

1. Individual Defendants' Motion to Dismiss all allegations and counts against Individual Defendants for failure to state a claim upon which relief can be granted is hereby GRANTED.

2. Plaintiff's First Claim for Relief (waiting time penalties pursuant to Labor Code ¶ 203) is dismissed against Individual Defendants for failure to state a claim upon which relief can be granted.

3. Plaintiff's Second Claim for Relief (waiting time penalties pursuant to Labor Code ¶ 203.1) is dismissed against Individual Defendants for failure to state a claim upon which relief can be granted.

4. Plaintiff's Third Claim for Relief (unpaid overtime wages and unpaid minimum wages pursuant to California Labor Code ¶¶ 510 and 1194) is dismissed against Individual Defendants for failure to state a claim upon which relief can be granted.

5. Plaintiff's Fourth Claim for Relief (failure to provide accurate wage statements pursuant to California Labor Code ¶ 226(a)) is dismissed against Individual Defendants for failure to state a claim upon which relief can be granted.

6. Plaintiff's Seventh Claim for Relief (unpaid overtime pursuant to Fair Labor Standards Act, 29 U.S.C. ¶ 201 et seq.) is dismissed against Individual Defendants for failure to state a claim upon which relief can be granted.

Dated: _____  _____
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**DEFENDANTS RODERICK C. FLINT AND JOSHUA M. FINE'S [PROPOSED] ORDER GRANTING MOTION TO DISMISS**